## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE RELAFEN® ANTITRUST LITIGATION ) | Master File No. 01-12239-WGY |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| Louisiana Wholesale Drug Co., Inc., ) | |
| No. 02-CV-11242-WGY and ) | |
| Meijer, Inc., No. 01-CV-12239-WGY ) | |

## PLAINTIFF LOUISIANA WHOLESALE DRUG CO., INC.'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE AND SMITHKLINE BEECHAM PLC

Plaintiff Louisiana Wholesale Drug Company, Inc. ("Plaintiff"), on its own behalf and on behalf of a certified class of direct purchasers (the "Direct Purchaser Class"), respectfully moves the Court for an order preliminarily approving a proposed settlement between Plaintiff, the Direct Purchaser Class and defendants Smithkline Beecham Corporation, d/b/a/ GlaxoSmithKline and Smithkline Beecham PLC. Plaintiff respectfully requests, pursuant to Fed. R. Civ. P. 23, that the Court:

1.     Find that the proposed settlement reflected in the Settlement Agreement, attached hereto as Exhibit A, and described in the accompanying Memorandum, is sufficiently within the range of final approval so as to justify dissemination of notice thereof to members of the Direct Purchaser Class as defined by the Court in its Order dated October 29, 2003 and opinion dated November 10, 2003;

2.     Approve the "Notice of Proposed Settlement of Class Action, Class Counsel's Motion for Attorneys' Fees, and Hearing Regarding Settlement" (the "Notice"), which has been agreed to by the settling parties, and is attached hereto as Exhibit B;

3.     Direct that the Notice be disseminated in the form and manner described in the accompanying Memorandum;

4.  Establish a deadline for filing objections to the proposed settlement;

5.  Establish a date for submission of Plaintiff's Counsel's motion for final approval of the proposed settlement, application for attorneys' fees and expenses, and application for an incentive award for Plaintiff; and

6.  Establish a date for a hearing on final approval of the proposed settlement and its terms.

A proposed Order is attached hereto as Exhibit C for the Court's convenience.

Dated: February 6, 2004

Respectfully submitted,

**SHAPIRO HABER & URMY LLP**

Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
75 State Street
Boston, MA 02109
Tel:    (617) 439-3939

*Liaison Counsel for Plaintiff and the Direct Purchaser Class*

Bruce E. Gerstein
Stephen H. Schwartz
Joseph Opper
**GARWIN BRONZAFT GERSTEIN & FISHER, LLP**
1501 Broadway, Suite 1416
New York, NY 10036
Tel:    (212) 398-0055

Michael D. Hausfeld
Linda P. Nussbaum
Jacqueline E. Bryks
**COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC**
150 East 52nd Street, 30th floor
New York, NY 10022
Tel:    (212) 838-7797

*Co-Lead Counsel for Plaintiff and the Direct Purchaser Class*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred in a good faith attempt to narrow or resolve the issues raised in this motion.  Defendants do not object to this motion.

Theodore M. Hess-Mahan