UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
In re:   RELAFEN ANTITRUST LITIGATION    :    MASTER FILE
                                         :    NO. 01-12239-WGY
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                :
                                         :
*Louisiana Wholesale Drug Co., Inc., v.* :
*Smithkline Beecham Corporation, d/b/a*  :
*GlaxoSmithKline, and Smithkline Beecham PLC,* :
No. 02-11242; *Meijer, Inc., v. Smithkline Beecham* :
*PLC, et al.*, No. 01-12239.             :
------------------------------------------------------------------x

**DIRECT PURCHASER CLASS PLAINTIFF'S MOTION
FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiff Louisiana Wholesale Drug Company, Inc. ("Plaintiff"), on its own behalf and on behalf of a certified class of direct purchasers (the "Direct Purchaser Class"), respectfully moves the Court for final approval of the proposed settlement between Plaintiff, the Direct Purchaser Class and Defendant Smithkline Beecham Corporation, d/b/a/ GlaxoSmithKline and Smithkline Beecham PLC, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Dated: April 2, 2004                     Respectfully submitted,

                                         **/s/Theodore M. Hess-Mahan**
                                         SHAPIRO HABER & URMY LLP
                                         Thomas G. Shapiro
                                         Theodore Hess-Mahan
                                         75 State Street
                                         Boston, MA 02109
                                         Tel: (617) 439-3939
                                         Fax: (617) 439-0134

                                         *Liaison Counsel for Direct Purchaser Class*

                                         GARWIN, BRONZAFT, GERSTEIN &
                                         FISHER, L.L.P.
                                         Bruce E. Gerstein

Stephen H. Schwartz
Joseph Opper
Archana Tamoshunas
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620

COHEN MILSTEIN HAUSFELD
& TOLL, P.L.L.C.
Linda P. Nussbaum
Jacqueline Bryks
150 E. 52nd St., 30th Floor
New York, NY 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

*Co-Lead Counsel for Direct Purchaser Class*