*In re Relafen Antitrust Litigation*
*Cy Pres Proposal of Brigham and Women's Hospital and Community Catalyst*

# APPENDIX A

# BIOGRAPHIES OF KEY PERSONNEL

**Jerry Avorn, M.D.**
Jerry Avorn, M.D. is Professor of Medicine at Harvard Medical School and Chief of the Division of Pharmaco-epidemiology and Pharmaco-economics in the Department of Medicine at Brigham and Women's Hospital. An internist, geriatrician, and drug epidemiologist, he studies the intended and adverse effects of drugs, physician prescribing practices, and medication policy.

The division he founded at the Brigham and Women's Hospital includes faculty with backgrounds in internal medicine and its subspecialties as well as epidemiology, health services research and policy, geriatrics, psychiatry, and biostatistics. His major areas of research include: the scientific, policy, and social factors that shape physicians' drug choices; medication compliance by patients; the identification and prevention of adverse drug effects; programs to improve the appropriateness of prescribing and drug taking; and pharmaceutical cost-effectiveness analysis. His Division also serves as a resource to the Brigham on appropriate medication use, and helps train its interns and residents in making optimal prescribing decisions. Dr. Avorn pioneered the "academic detailing" approach in which evidence-based information about drugs is provided to doctors through educational outreach programs run by non-commercial sponsors; such programs are now in widespread use throughout the U.S., Canada, Australia, Europe, and the developing world.

Dr. Avorn completed his undergraduate training at Columbia University in 1969, received the M.D. from Harvard Medical School in 1974, and was a resident in internal medicine at the Beth Israel Hospital in Boston. He has served on several national and international panels as an expert on the determinants and consequences of medication use, and is a past President of the International Society of Pharmaco-Epidemiology. Dr. Avorn is the author of over 200 papers in the medical literature on medication use and its outcomes, and is one of the most highly-cited researchers working in the area of medicine and the social sciences. His book, Powerful Medicines: The Benefits, Risks, and Costs of Prescription Drugs, was recently published by Knopf.

Book website: www.powerfulmedicines.org
Division website: www.DrugEpi.org

**Renée Markus Hodin, J.D.**
Renée Markus Hodin is Associate Director of the Prescription Access Litigation Project at Community Catalyst. In this role, she coordinates a broad coalition of over 100 organizations that work to make prescription drugs accessible and affordable.

Prior to joining PAL, Ms. Hodin worked for five years as a staff attorney with the Community Health Assets Project, another project of Community Catalyst. In that role, she provided assistance and technical advice to consumer groups, regulators, legislators and others about

health care conversions. She also provided training and assistance to consumer groups on the issue of community benefits.

Before joining the staff of Community Catalyst, Ms. Hodin served as a Special Assistant Attorney General in the Civil Litigation Department of the Vermont Attorney General's Office. She graduated with honors from the University of Maryland School of Law and received her B.A. from the State University of New York at Binghamton.

**Aaron Kesselheim, M.D., J.D.**
Aaron Kesselheim is a Clinical Fellow in Medicine at Harvard Medical School and Brigham and Women's Hospital. He graduated summa cum laude from Harvard College in 1996 and then earned his M.D. and J.D. degrees at the University of Pennsylvania, where he was a member of the School of Medicine Alpha Omega Alpha honor society and the Law School Order of the Coif honor society. He is admitted to practice law before the New York State bar and the United States Patent and Trademark Office. His research interests are in the intersection of law and medicine, particularly the impact of legislation and regulations on the practice of medicine and the quality of patient care.

He has engaged in policy work and educational outreach efforts for the National Cancer Policy Board at the Institute of Medicine and the Philadelphia College of Physicians and Surgeons, and has published textbook chapters, law review articles, and medical journal articles on subjects ranging from end-of-life cancer care policy to the federal Patients' Bill of Rights. He has been at Brigham and Women's Hospital since 2002 pursuing residency training in internal medicine.

During that time, he has studied the effect of intellectual property and patent laws on the drug development process and drug costs as a member of the Division of Pharmacoepidemiology and Pharmacoeconomics, and he has published articles in the New England Journal of Medicine and the Journal of the American Medical Association as well as given numerous presentations at hospital Grand Rounds and national medical and legal conferences. He has also received yearly grants from the Department of Medicine to develop and lead an educational curriculum for his fellow residents and medical students on health policy and law issues. In July, he will be completing his residency and starting the Harvard Medical School Faculty Development Program at the Brigham and Women's Hospital and the Harvard School of Public Health.

**Susan T. Sherry**
Susan T. Sherry is Community Catalyst's Deputy Director. She has over twenty years of experience in health policy and consumer health advocacy. At Community Catalyst and Families USA, she developed and supervised the organization's state-based technical assistance programs including the Community Health Assets Project, tobacco tax coalitions, and prescription access initiatives. Ms. Sherry is an instructor at the Harvard School For Public Health where she teaches a course in community organizing.

As a private consultant, Ms. Sherry provided strategic planning, leadership development, and health policy consultation services to community and state-level consumer organizations and foundations. Prior to her national work, Ms. Sherry was the founding Executive Director of Health Care For All. In that role, she represented consumer interests in negotiations around the

*In re Relafen Antitrust Litigation*
*Cy Pres Proposal of Brigham and Women's Hospital and Community Catalyst*

Massachusetts universal health care law, hospital free care, insurance market reforms, and financially distressed acute care hospitals. She was also involved in implementation of state health reforms. Ms. Sherry also has ten years of management experience in nonprofit social services. She has completed her doctoral coursework at Brandeis University Heller School and holds a M.A. from Goddard College and a B.A. from the University of Massachusetts, Amherst.

**Alex Sugerman-Brozan, J.D.**
Alex Sugerman-Brozan is the Director of Community Catalyst's Prescription Access Litigation Project. He coordinates the Project's work to make prescription drug prices more affordable for consumers. Prior to joining Community Catalyst, he was a Staff Attorney at Health Law Advocates, a non-profit public interest law firm affiliated with Health Care For All Massachusetts, that provides free legal representation to low-income consumers experiencing legal problems related to health care. At HLA, he represented consumers in a wide variety of cases, including Medicaid and private insurance appeals, deceptive marketing/consumer protection cases, disputes with hospitals, and other issues. He also worked on state health insurance and health care reforms and coordinated HLA's Prison Helath Law Project, providing legal advocacy to prisoners seeking adequate medical care and working with advocates to reform and improve the correctional health care system in Massachusetts. He received his law degree from Northeastern School of Law.