# APPENDIX B

Examples of "Un-advertisements" created by
the Division of Pharmacoepidemiology & Pharmacoeconomics
at Brigham and Women's Hospital

# Mrs. R is doing fine...
## *without* vasodilators



**Intermittent claudication** is a familiar clinical problem facing physicians with large geriatric caseloads. "Peripheral vasodilators" nylidrin (Arlidin), cyclandelate(Cyclospasmol), papaverine (Pavabid, Cerespan, etc.), isoxsuprine (Vasodilan) and others have long been promoted for use in the management of this condition.

However, recent clinical evidence indicates that **vasodilators are not effective in the treatment of intermittent claudication,**[1-8] while regular exercise **has** been shown to improve symptoms somewhat.[3,9]

**Peripheral vasodilators can't dilate vessels narrowed by atherosclerosis:** cholesterol deposits and stenotic areas are major causes of peripheral insufficiency, and they are not affected significantly by these drugs.[1,2]

**Ischemic muscle is its own best vasodilator:** the build-up of metabolites from poorly-perfused muscle causes these vessels to dilate maximally (and automatically) with exercise. Drugs add little or nothing to this natural response.[1,2,4,5]

**Vasodilator drugs could actually decrease flow to ischemic areas:** because they act systemically, such drugs would dilate many vascular beds, potentially further reducing flow to the highly resistant vessels supplying ischemic limbs.[2,4,5]

**While short on therapeutic effect, the "vasodilators" can cause side effects,** such as hepatoxicity [papaverine(Pavabid, Cerespan, etc.)], postural hypotension [isoxsuprine(Vasolidan)], drowsiness [cyclandelate (Cyclospasmol)], and palpitation [nylidrin(Arlidin)].[1,2,4]

**References**

1 Innes IR, Nickerson M: Norepinephrine, epinephrine and the sympathomimetic amines, The Pharmacological Basis of Therapeutics. Fifth edition. Edited by LS Goodman, A Gilman. New York, MacMillan, 1975, pp 505 – 508.
2 AMA Drug Evaluations. Fourth edition. Chicago, American Medical Association, 1980, pp 537 – 543.
3 James DG: Circulation of the Blood. Baltimore, Baltimore University Park, 1978, p 299.
4 Nickerson M: Vasodilator drugs, The Pharmacological Basis of Therapeutics. Fifth edition. Edited by LS Goodman, A Gilman. New York, MacMillan, 1975, pp 735 – 741.
5 Coffman JD: Drug therapy: Vasodilator drugs in peripheral vascular disease. New England Journal of Medicine 300:713 – 717, 1979.
6 Strandness DE: Ineffectiveness of isoxsuprine on intermittent claudication. Journal of the American Medical Association 213:86 – 88, 1970.
7 Zsoter TT, Baird RJ: Isoxsuprine as an oral vasodilator. Canadian Medical Association Journal 110:1260 – 1261, 1974.
8 Coffman JD, Mannick JA: Failure of vasodilator drugs in arteriosclerosis obliterans. Annals of Internal Medicine 76:35 – 39, 1972.
9 Ekroth R, Dahllof A, Gundevall B, et al: Physical training of patients with intermittent claudication: indications, methods, and results. Surgery 84:640 – 643, 1978.

"Review of the clinical studies of vasodilator drugs in obstructive vascular disease reveals little substantive evidence to support their use. They are not effective in the treatment of either intermittent claudication or ischemic symptoms or signs at rest...No drug has been shown to increase muscle blood flow during exercise when patients with intermittent claudication experience symptoms."[5]

(Coffman JD: Drug Therapy: Vasodilator drugs in peripheral vascular disease. **New England Journal of Medicine** 300:713-717, **1979.**)

## What's the Alternative?

Reports have appeared in the last few years demonstrating that **exercise can significantly improve symptoms in patients with intermittent claudication.**[3,9] One team of Swedish physicians studied 148 subjects with peripheral vascular insufficiency.[9] Patients took part in individualized programs of walking, running, dancing, and sports for 4 to 6 months. During training, exercise was stopped only for an excessive rise in pulse rate or anginal symptoms, **not** for leg pain. Here are their results:

**Walking Tolerance in Patients with Claudication Before and After Exercise Training Program**



Patients on the average **doubled** their walking tolerance. Improvement was independent of size or nature of vascular lesion, or presence vs. absence of diabetes.

Consider switching your claudication patients from vasodilator drugs to a program of graded, supervised exercise. Their symptoms (as well as their general health) may well improve...and you'll be saving them up to $200.00 per year. That buys a lot of sneakers.



This information has been prepared by the Drug Information Program of Harvard Medical School, under the direction of Jerry Avorn, M.D. A brief pamphlet for laypersons, "Exercise and 'Bad Circulation,'" has been written for physicians to distribute to patients in explaining the material presented above. For copies (specify number desired), and for additional information, please write to the Drug Information Program, Harvard Medical School, 643 Huntington Avenue, Boston, MA 02115. The Drug Information Program is supported in part by grant No. HS03880 from the National Center for Health Services Research of the Public Health Service. Health.

# For the Treatment
# of Mild to Moderate Pain



Seven out of eight double-blind studies demonstrate that Propoxyphene (Darvon and others) is *less effective* than aspirin or acetaminophen.

The Pharmacological Basis of Therapeutics

The New England Journal of Medicine

# The weight of scientific evidence favors
# A S P I R I N
# over all other drugs.

## Efficacy:

Recently, Miller analyzed all double-blind controlled studies of propoxyphene published since 1970. Eight trials compared the drug directly with aspirin or acetaminophen. Here are the results of that review:

## Propoxyphene (Darvon, etc.)* versus Aspirin or Acetaminophen[2-9]



Aspirin or acetaminophen more effective than Darvon-like drugs
**7 Studies**

Aspirin or acetaminophen equal to Darvon-like drugs
**1 Study**

Aspirin or acetaminophen less effective than Darvon-like drugs
**No Studies**

## Cost:

Propoxyphene (Darvon, etc.) offers unimpressive efficacy—at a higher price:

## Estimated Cost to Patient of a Single Week of q.4.h. Therapy[10]



$.42   $1.00   $3.00   $4.44   $4.62   $5.07   $6.59

## References

1. Miller RR. Propoxyphene: a review. Drug Therapy Reviews. Volume 4. Edited by RR Miller. New York: Elsevier 1979, pp 218-255.
2. Elective studies in double-blind studies to review comparative aspirin or acetaminophen versus propoxyphene in commonly used dosages.
3. Sunshine A, Slafta J, Gruber C. A comparative analgesic study of propoxyphene, fenoprofen, the combination of propoxyphene and fenoprofen, aspirin and placebo. Journal of Clinical Pharmacology 15:58-58.3, 1975.
4. Gruber C, Baptisti A, Bruce R, et al. A multicenter analgesic study using single doses of placebo, propoxyphene and acetaminophen. Journal of Medicine 4:38-51.
5. Kiu B. A clinical comparison of orally administered aspirin, dextropropoxyphene and pentazocine in the treatment of post-operative pain. Journal of International Medical Research 2:149-162, 1974.
6. Hopkinson JH, Bartlett FH, Steffens AO, et al. Acetaminophen versus propoxyphene hydrochloride for relief of pain in episiotomy patients. Journal of Clinical Pharmacology 13:251-263, 1973.
7. Moertel CG, Ahmann DL, Taylor WF, et al. A comparative evaluation of marketed analgesic drugs. New England Journal of Medicine 286:813-815, 1972.
8. Wang RI, Sandoval RG. The analgesic activity of propoxyphene napsylate with and without aspirin. Journal of Clinical Pharmacology 11:380-397, 1971.
9. Gruber CM, Baptisti A, Kiplinger GF. Relief of postpartum uterine cramping with propoxyphene and aspirin. Toxicology and Applied Pharmacology 19:546-553, 1971.
10. Based on cost to pharmacist, plus standard one-third markup plus dispensing fee for aspirin and acetaminophen. Median costs were used for generic products with multiple manufacturers. Source: Drug Topics Redbook. Oradell, New Jersey: Medical Economics, 1980.
11. The Medical Letter 15:61-62, 1978.
12. AMA Drug Evaluations. Fourth edition. Chicago: American Medical Association 1980, pp 73-76.

*Propoxyphene and related compounds are marketed under a variety of trade names, including Darvon, Darvon Compound, Darvon-N, Darvocet-N 100, SK-65, S-Painkil, Dolgesic and Wygesic.

For mild to moderate pain, aspirin or acetaminophen is still the drug of choice.[11, 12]

Patient resistance to "plain aspirin" can usually be overcome by an explanation of these facts. For the patient who demands a prescription, enteric-coated aspirin offers the safety and efficacy of aspirin without the drawbacks of Darvon-like drugs.

If symptoms are too severe to control with aspirin or acetaminophen, it is unlikely that propoxyphene will control the pain. For acute treatment, codeine may be a better choice.

This information has been prepared by the Drug Information Program of Harvard Medical School, under the direction of Jerry Avorn, M.D. A brief pamphlet for laypersons, "Why Your Doctor Prescribed 'Plain Aspirin,'" has been written for physicians to distribute to patients in explaining the material presented above. For copies (specify number desired), and for additional information, please write to the Drug Information Program, Harvard Medical School, 643 Huntington Avenue, Boston, MA 02115. The Drug Information Program is supported in part by grant No. HS03880 from the National Center for Health Services Research of the Public Health Service.



# "Twenty-five dollars?"



Yes, that's what a course of cephalexin (Keflex) can cost*... a troublesome "side effect" for many patients.

*see cost data overleaf

## Urinary Tract Infections:



Total cost of a 14 day course of antibiotic therapy

$40.00

$30.00

$20.00

$10.00

Cost of Therapy $ .00

$1.47 $2.34 $3.36 $4.85 $17.90 $35.18

## For Upper Respiratory Infections:



# In the elderly, the side-effects of sedatives are all over the map.



**THE SIDE-EFFECTS** of tranquilizers can be much more frequent and severe in the elderly. Consider non-drug alternatives first. If drugs must be used, the shortest course is usually the safest course. Choose a medication with a brief half-life, and give it for only a few days or weeks to minimize adverse effects.

Case 1:21-cv-12229-WGY   Document 436-2   Filed 04/20/25   Page 9 of 17

## ANXIETY AND AGING

With a little help, most elderly people can adapt well to the stresses of aging. Especially in the nursing-home setting, many anxious old people will often benefit more from comfort and reassurance than from drugs.

## OTHER CAUSES

Persistent anxiety may actually signify a medical problem that tranquilizers can't fix, such as hyperthyroidism, respiratory insufficiency, or the side effects of drugs that are CNS stimulants (eg, bronchodilators).

## LIMITED BENEFITS, GREATER RISKS

Because of reduced liver and kidney function, the elderly are more likely than younger patients to experience adverse effects from sedative drugs. In addition, the aged brain is more sensitive even to normal serum levels of psychoactive drugs — another cause of more frequent side effects. For those reasons, tranquilizers and sedatives can cause impaired coordination, daytime drowsiness, memory loss, and confusion as well as a withdrawal syndrome.

### FREQUENCY OF ADVERSE SIDE EFFECTS WITH BENZODIAZEPINES INCREASES SUBSTANTIALLY WITH DOSE AND AGE

This graph reflects the higher frequency of side effects from a benzodiazepine (flurazepam) that occurs when its used in older patients. It also illustrates the reduction in adverse reactions seen with use of lower doses.

Source: Greenblatt DJ, Allen MD, Shader RI. Toxicity of high-dose flurazepam in the elderly. Clinical pharmacology and therapeutics, 1977;21:355-361.



## THE GIFT THAT KEEPS ON GIVING

Some sedative drugs such as diazepam (Valium) and chlordiazepoxide (Librium) have very long half-lives in the elderly and can continue to accumulate and sedate in such patients. For acute or severe episodes of anxiety, support and reassurance may suffice. But if a drug is needed, one of the newer, shorter-acting sedatives such as oxazepam (Serax) or lorazepam (Ativan) are preferable. Intermittent and p.r.n. use also help avoid dose-related side effects. The dose should be 25-50% of that usually given to younger patients.

## LONG-TERM USE OFTEN UNFOUNDED

Many patients on long-term tranquilizer therapy don't continue to benefit from it but they do continue to be at risk for adverse effects. One prospective study found that fully 50% of patients treated with Valium (diazepam) for chronic anxiety could be switched to placebo with no return of their symptoms. Ideally, the dose should be tapered to zero over a few weeks.

**Periods of anxiety do not always require treatment with a tranquilizer; consider interpersonal interaction first.** If and when medication is necessary, use
• a short-acting drug  • in the smallest effective dose
• on a P.R.N. or intermittent schedule

REFERENCES

YOUR GENTLE TOUCH may be all she needs at bedtime

For many nursing home residents, bedtime is a lonely time. A moment or two with the nurse or aide can be reassuring, even if a sleeping pill is not given. Personal contact and a simple program of sleep-promoting routines (see other side) may help bring on rest without the risk of drug "hangover" or other adverse effects.




## LONGER LIFE, LESS SLEEP

People age, their bodies seem to require fewer hours of sleep. Studies indicate that although it may disturb sleep on average, of 7 to 8 hours a night, the average of the elderly is less than 6 hours per night. Brief awakenings during the night are common and normal for many elderly people.

Elderly patients are more likely than younger patients to experience complications from sleeping medications. Some commonly used sleep medications can cause memory loss, confusion, or daytime drowsiness. In commerce and understandings, elderly with any of these side effects are less safe, require more supervision, and are less able to care for themselves.

Surprisingly, there is very little good evidence that the commonly used benzodiazepine sleep medications continue to work in the elderly patients beyond several weeks of use.

## ARE THERE ANY ALTERNATIVES?

A simple program of sleep-promoting routines can help.

- **Avoid caffeine after 2 pm** (coffee, tea, colas - except decaffeinated).
- **Increase exercise and mobility as much as possible.**
- **Discourage daytime napping.** It may be a side-effect of the sleep medication, and only makes matters worse.
- **Keep bedtimes regular and sensible.** An 85-year-old who needs only 6 hours of sleep and is put to bed at 9 pm will be up by 3 am!
- **Help elderly residents to have realistic expectations of sleep.**
- An analgesic at bedtime, such as an aspirin product or acetaminophen (Tylenol) will help patients with chronic pain to fall asleep. It will also comfort those who feel dependent on the idea of a pill at bedtime.
- Take the time for a brief "tucking in," even if no medication is dispensed. It's a major active ingredient of any sleep program.

In many cases, a careful program of this sort will enable the elderly patient to sleep well — and safely. Those who have developed a habituation to their medications may require a gradual taper of their drug, reducing the dose by half each week for two or three weeks.

### IF A DRUG MUST BE USED OCCASIONALLY: PRESCRIBE IT ONLY WHEN NEEDED . . . NOT EVERY NIGHT.[3]

| DRUG | HALF-LIFE (hours) | ANTI-CHOLINERGIC PROBLEMS | GERIATRIC DOSE | COMMENT |
|---|---|---|---|---|
| oxazepam (Serax) | SHORT 4-8 | NONE | 10 mg | ok for occasional use |
| lorazepam (Ativan) | MODERATE 10-20 | NONE | 0.5-2 mg | ok for occasional use |
| chloral hydrate | SHORT 4-6 | NONE | 250-500 mg | ok, but g.i. irritation can occur |
| temazepam (Restoril) | MODERATE 8-20 | NONE | 15 mg | ok for occasional use |
| triazolam (Halcion) | SHORT 2-4 | NONE | 0.125 mg | elderly may experience hallucinations, amnesia |
| diphen-hydramine (Benadryl) | MODERATE 4-8 | SEVERE | not recommended | can cause frequent anti-cholinergic Sx |
| flurazepam (Dalmane) | VERY LONG 50-100 | NONE | not recommended | duration of effect too long |

Shorter-acting benzodiazepines such as oxazepam (Serax) are preferable to longer-acting drugs. It is advisable to avoid starting doses and if for older patients. Diphenhydramine (Benadryl) can cause anticholinergic side effects not found with benzodiazepines and is not recommended.

Anti-psychotic medications such as thioridazine (Mellaril) and haloperidol (Haldol) should not be used merely to induce sleep, since they can cause major side-effects and better choices are available.

**REFERENCES:** 1. Regestein QR. Insomnia and sleep disturbances in the aged. Journal of Geriatric Psychiatry 1980; 13:153-171. 2. Guilleminault C, Silvestri R. Aging, drugs and sleep. Neurobiology of Aging 1982; 3:379-386. 3. Quan S, Bamford C. Sleep disturbances in the elderly. Geriatrics 1984; 39:42-47. 4. Salzman C. Key concepts in geriatric psychopharmacology. Psychiatric Clinics of North America 1982; 5(1):181-191. 5. Meyer BR. Benzodiazepines in the elderly. Medical Clinics of North America 1982; 66(5):1017-1035. 6. Solomon F, White C. Sleeping pills, insomnia and medical practice. New England Journal of Medicine 1979; 300:803-808. 7. Ebersole P, Hess P. Towards Healthy Aging. St. Louis, MO: C. V. Mosby, 1985; pp. 227-228.

These educational materials were produced by members of the Program for the Analysis of Clinical Strategies of Harvard Medical School. They were made possible by a grant from the John A. Hartford Foundation to the Gerontology Division, Department of Medicine, Beth Israel Hospital, Boston. Project director: Jerry Avorn, M.D., co-director: Stephen B. Soumerai, Sc.D. For reprints of the papers cited, additional copies of these materials, or further information, write to us at Harvard Medical School, 643 Huntington Avenue, Boston, Mass. 02115. Copyright © 1987 Beth Israel Hospital.



*In the agitated patient . . .*
*anti-psychotic medications COULD give*
*him tardive dyskinesia or the*
*symptoms of Parkinson's disease . . .*

*but are they likely to help him?*

## MANY NURSING HOME PATIENTS CAN HAVE THEIR ANTI-PSYCHOTIC REGIMENS REDUCED OR ELIMINATED, FREEING THEM FROM THE BURDEN OF DRUG-INDUCED COMPLICATIONS.

A recent review[10] of all clinical studies of anti-psychotic drug use in the treatment of behavioral problems in senile dementia attempted to evaluate the effectiveness of several commonly used medications. *But only three of the 21 published studies were found to have been designed adequately.* Conclusions from these three best studies:

"Despite extensive clinical use, the efficacy of anti-psychotic medications in the treatment of (nursing home patients with dementia) has not been adequately established . . . the majority of patients maintained on active medication (with Mellaril or another anti-psychotic drug) were not rated markedly or even moderately improved at endpoint."[1]

". . . Sedation appeared twice as frequently in drug-treated patients (on Haldol or another anti-psychotic drug) than placebo, and was often associated with an increase in incontinence, confusion and withdrawal."[2]

". . . There is no conclusive evidence of the efficacy of thiothixene (Navane) in the treatment of chronic organic brain syndrome."[3]

For many years, anti-psychotic medications have been quite popular for subduing behavior problems in elderly nursing home residents. But review of the medical literature tells a very different story. These drugs certainly do sedate patients, but in doing so, they may actually worsen the underlying confusion or dementia.[4,5]

## COMMONLY USED ANTI-PSYCHOTIC DRUGS:

| | | |
|---|---|---|
| haloperidol (Haldol) | chlorpromazine (Thorazine) | mesoridazine (Serentil) |
| thioridazine (Mellaril) | thiothixene (Navane) | trifluoperazine (Stelazine) |
| | fluphenazine (Prolixin) | |

# THESE DRUGS *ARE* VERY EFFECTIVE IN PRODUCING ADVERSE REACTIONS IN THE ELDERLY:



- **PARKINSONIAN SYMPTOMS** (Extra-pyramidal signs).[6]
All the classical signs and symptoms of Parkinson's Disease can be mimicked by anti-psychotic drug side-effects. These include stiffness, tremor, difficulty swallowing and walking, and loss of facial expression. Worst offenders: Haldol, Prolixin, Navane, Stelazine.
- **TARDIVE DYSKINESIA:**[7]
Involuntary twitching of the lips, tongue, or other parts of the body. There is no clear evidence that any anti-psychotic drug is safer than any other in preventing this potentially disabling condition. Stopping the drug *may* cause the symptoms to cease, but it may also worsen them or leave them unchanged. The elderly are more likely than any other group to develop tardive dyskinesia from use of these drugs. Tardive dyskinesia can be permanent.
- **AKATHISIA:**[8]
An uncontrollable need to move around, change position, to stand up, and to pace. This is actually a *result* of too much anti-psychotic medication, but it is often mistaken for a sign that the patient is still agitated, leading to even more drugs being given.[8] In fact, a patient with these symptoms needs a trial of *less* drug, or none at all, to clear up the problem.
- **ORTHOSTATIC HYPOTENSION:**[9]
Many of these drugs cause blood pressure to drop upon standing, and may lead to falls and fractures. Worst offenders: Thorazine, Mellaril.
- **OVERSEDATION:**[9]
Often, all these drugs do is sedate, and the elderly are particularly prone to oversedation. This can mimic depression or senile dementia, but is easily reversible when the offending drug is stopped. Worst offenders: Mellaril, Thorazine.

**RECOMMENDATION:** Plan a trial of tapering anti-psychotic drugs for geriatric patients now receiving them. Reduce dosage by up to 50% each week until the patient is off the medication, or presents symptoms demonstrating that the drug is required.
     Usually, the taper will be uneventful, and may even result in clinical improvement.

**REFERENCES:** 1. Barnes R, Veith R. Efficacy of antipsychotic medications in behaviorally disturbed dementia patients. American Journal of Psychiatry 1982; 139(9):1170-1174. 2. Petrie W, Ban T. Loxapine in psychogeriatrics: A placebo- and standard-controlled clinical investigation. Journal of Clinical Psychopharmacology 1980; 2:122-126. 3. Rada R, Kellner R. Thiothixene in the treatment of geriatric patients with chronic organic brain syndrome. Journal of the American Geriatric Society 1976; 24(3):105-107. 4. Hollister L. Psychotherapeutic drugs in Psychiatry, ed. Neuropsychiatric side effects of drugs in the Elderly. New York, NY: Raven Press, 1979; pp. 79-88. 5. Salzman C. Geriatric psychopharmacology. Annual Review of Medicine 1985; 36:217-228. 6. Jenike M. Handbook of Geriatric Psychopharmacology. Littleton, MA: PSG Publishing, 1985; pp. 22-24. 7. Jenike M. Handbook of Geriatric Psychopharmacology. Littleton, MA: PSG Publishing, 1985; pp. 24-29.

8. Baldessarini R. Chemotherapy in Psychiatry. Cambridge, MA: Harvard Univ Press, 1977; pp. 44. 9. Vestal R. Drug use in the Elderly: A review of problems and special considerations. Drugs 1978; 16:358-382. 10. Helms PM. Efficacy of antipsychotics in the treatment of the behavioral complications of dementia. Journal of the American Geriatrics Society 1985; 33:206-209.

These educational materials were produced by members of the Program for the Analysis of Clinical Strategies of Harvard Medical School. They were made possible by a grant from the Harcourt Foundation, and the the generous cooperation of Robert M. Masterson, M.D., Stephen M. Soreff, M.D., and Jerry Avorn, M.D., director. Stephen Schoenbaum, M.D. For reprints of these educational materials, or for information about the program, write to Jerry Avorn, M.D. at 643 Huntington Avenue, Boston, Mass 02115. Copyright 1988, Beth Israel Hospital.

### *THE ELAVIL (amitriptyline) EXTRAS . . .*
# *FOUR FOR THE PRICE OF ONE IS NO BARGAIN*

The side-effects of amitriptyline (Elavil, Endep, and others) in older patients can be a burden for everyone – residents, staff, and physician. Other available antidepressants are safer in the elderly patient, and equally effective.



**WHEN THE CURE CAN BE AS BAD AS THE DISEASE . . .**
Some antidepressant medications can cause sedation, confusion, dizziness, postural hypotension, and anticholinergic effects such as retention of urine, constipation, incontinence, dry mouth, and blurry vision.[1,2] *Amitriptyline (Elavil, Endep, and others) is the most sedating, most anticholinergic of all antidepressants.[3] It is rarely the drug of choice in older patients.[1,3]*

**IS AN ANTIDEPRESSANT INDICATED?** Specific medical conditions (such as thyroid disease) or medications (such as tranquilizers or antihypertensives) can cause symptoms that mimic depression, and these causes must be ruled out first. Making the diagnosis of depression can be difficult, especially in the elderly, and sometimes a therapeutic trial of an antidepressant is used to make the diagnosis. But if clinical improvement is not clear, the drug should be discontinued. EVEN IN A PATIENT WITH DEPRESSION who has responded to medication, many geriatric psychiatrists recommend a trial off the drug after six months. DEPRESSION IS OFTEN A SELF-LIMITED DISEASE,[4] and many patients will continue to do well off therapy. Some patients may do better if their medication is tapered to zero.



If an antidepressant is indicated in an older patient, experts in geriatric medicine and psychiatry recommend desipramine (Norpramin, Pertofrane) and nortriptyline (Aventyl, Pamelor).[3,5] These have consistently lower anticholinergic side-effects. Doses are usually half that given to younger patients.[1,4,6]

| DRUG | SEDATIVE ACTIVITY | ANTICHOLINERGIC ACTIVITY | SUGGESTED DAILY STARTING DOSE | TYPICAL GERIATRIC MAINTENANCE DOSE RANGE (DAILY) |
|---|---|---|---|---|
| desipramine (Norpramin, Pertofrane) | lowest | lowest | 25 mg | 25-100 mg |
| nortriptyline (Aventyl, Pamelor) | moderate | low to moderate | 10 mg | 10-50 mg |
| imipramine (Tofranil) | moderate | moderate | 25 mg | 25-100 mg |
| doxepin (Adapin, Sinequan) | high | high | 25 mg | 25-100 mg |
| amitriptyline (Elavil, Endep) | very high | very high | not recommended | not recommended |



**For the uncomplicated UTI***



# no antibiotic is more effective than sulfisoxazole...

*and it's only one-seventh the cost of cephalexin (Keflex).****

*Illustration shows artist's conception of Gram-stained urinary sediment from a patient with cystitis.*

**Left:** *Numerous polymorpho nuclear leukocytes and gram-negative bacilli before treatment.*

**Right:** *Only rare WBC, after an effective course of antibiotic therapy*

*due to susceptible organisms.
**Based on the cost of 10 day treatment
regimens as listed in Drug Topics Red
Book 1980.
Median cost listed for generic sulfisox-
azole.
Dosage regimen: up 250 mg of sulf-
isoxazole 4x load initial dose followed by 2
gm/day.

*Even though the newer cephalosporins (such as Keflex) cost five to ten times more than sulfa, virtually all authorities still recommend **sulfa as the drug of first choice**.[1,3] Clinical studies have found **no therapeutic advantage of cephalosporins** over sulfa in treating U.T.I.s when the two were compared in controlled trials.[4,5]*

**Efficacy of Sulfisoxazole vs. Cephalexin (Keflex) in the Treatment of Cystitis[5]**



Percent of Patients Achieving Satisfactory Response

**References**

1  Stamm W, Turck M: Urinary tract infection, pyelonephritis, and related conditions, Harrison's Principles of Internal Medicine. Seventh edition. New York, McGraw-Hill, 1980, pp 1330–1331.

2  Kunin CM: Detection, Prevention and Management of Urinary Tract Infection. Third edition. Philadelphia, Lea and Febiger, 1979.

3  The Medical Letter, 19:87, 1977.

4  Russo RM, Gururaj VJ, Laude TA, et al: The comparative efficacy of cephalexin and sulfisoxazole in acute urinary tract infection in children. Clinical Pediatrics 16:83–91, 1977.

5  Brewin AW, Bruyn HB: The treatment of bacterial cystitis, comparing cephalexin with sulfisoxazole. Journal of American College Health Association 19:319–322, 1971.

6  Weinstein L: Antimicrobial agents, The Pharmacological Basis of Therapeutics. Fifth edition. Edited by LS Goodman, A Gilman. New York, MacMillan, 1975, pp 1113–1129.

*Further, the rate of side effects caused by cephalexin (Keflex) was about double that found with sulfisoxazole.[5] These included gastrointestinal symptoms, vaginitis, and skin rashes.*

*Most simple urinary tract infections in healthy women are caused by Gram-negative rods very sensitive to the sulfa antibiotics, which achieve high therapeutic levels in urine.[6] Organisms resistant to sulfa generally respond well to tetracycline or ampicillin.*

**Back To Basics...**

**When you consider effectiveness and cost in the treatment of simple U.T.I., choose sulfa. Your patients will be glad you did.**



*This information has been prepared by the Drug Information Program of Harvard Medical School, under the direction of Jerry Avorn, M.D. For additional information, please write to the Drug Information Program, Harvard Medical School, 643 Huntington Avenue, Boston, MA 02115. The Drug Information Program is supported in part by grant No. HS03880 from the National Center for Health Services Research of the Public Health Service.*