# APPENDIX C

## Examples of Possible Partner Organizations

The following are brief examples of organizations with which the applicants have working relationships that represent possible partners in Group II states for this Project. These examples are offered as illustrations only, to demonstrate how such organizations would conduct consumer education campaigns as part of the "Generics are Powerful Medicine" Project.

**New Jersey Citizen Action**
As New Jersey's largest citizen watchdog coalition, New Jersey Citizen Action ("NJCA") works to protect and expand the rights of individuals and families and to ensure that government officials respond to the needs of people. NJCA works on a broad variety of issues, including health insurance coverage, prescription drugs, Medicaid and other state health care programs, family and medical leave, non-profit hospital and health plan conversions, and others. NJCA has five principal and sixteen satellite offices around the state.

NJCA has years of experience conducting public education and outreach and is well-suited to conduct a variety of education activities that enable individuals to make informed decisions about health care and prescription drugs and to take action using the resources available through this program. This experience includes providing on-site consumer education presentations and programs on energy and telecommunications, financial literacy, and homeownership to approximately 150,000 consumers. Over the last three years, NJCA has also sponsored a series of Small Business Forums in urban communities, designed to make access to capital and other business services easier for the small business sector committed to these communities.

Several NJCA programs have consumer education as their focus:

**Energy Education & Outreach**: This program informs consumers about their rights and responsibilities under energy deregulation, choices within the energy industry, clean energy and energy conservation. Since the program's inception in 1999, NJCA has conducted energy education presentations to more than 100,000 people and over 3,000 groups, primarily those representing low-and moderate-income customers, seniors and people of color, educating 15,100 individuals.

**Financial Literacy Training for NJ Individual Development Account Program (IDA)**: NJCA had the sole responsibility of conducting 18 hours of training for program participants in Camden, Essex, Union, Bergen and Passaic Counties. Topics include Basic Banking, Budgeting and Money Management, Getting and Keeping Credit, Taxes and Your Relationship to Money, Saving and Investing, Avoiding Predatory Lending and Financial Fraud, Understanding Insurance, and Advanced Credit / debt repair.

**Fair Housing & Predatory Lending Outreach & Education Campaign**: This is a comprehensive multi-media educational effort to teach consumers and community leaders how to identify, avoid, and report predatory lending abuses. The program includes one-on-

one counseling with victims of predatory lenders to refinance the loans to avoid foreclosure, as well as group classes and train the Trainer workshops. NJCA provides free, all-day train-the trainer sessions to HUD certified loan counselors throughout the state. Sessions have been held in Camden, Highland Park and Newark.

These programs demonstrate that NJCA is the type of organization that has the capacity, expertise and infrastructure to implement a successful and far-reaching program of consumer education on the value and safety of generic drugs.

**Pennsylvania Alliance of Retired Americans**

The Pennsylvania Alliance for Retired Americans is a statewide organization founded in May of 2004 to bring together seniors and retirees across the commonwealth to unite their voices and make them heard in the laws, policies, politics, and institutions that shape their lives. As a non-partisan, non-profit senior and retiree advocacy organization, the Pennsylvania Alliance for Retired Americans' ("PARA") mission is to create a statewide network of organizations that represent retired union members, senior community activists, and their families, in order to educate and inform the membership, the public, and elected officials, about issues that affect the well-being of senior citizens, so that they may all work towards the creation of progressive policies and just and equitable living conditions for seniors, within the state and the nation.

**Membership:**

PARA is composed of 155 affiliate union retiree and community based organizations across Pennsylvania. Along with affiliated organizations, PARA also has 921 individual members that do not come from an affiliated organization. Altogether, PARA represents over 250,000 seniors and retirees reaching to every area of the commonwealth. The Pennsylvania Alliance is the state affiliate of the national Alliance for Retired Americans.

**Communication to Membership:**

PARA communicates to its membership through a variety of ways:

1. Quarterly Newsletter – our Retiree Advocate
2. Special Legislative alerts, published on an as needed basis
3. Get Active Email Alerts around events and legislative updates (our email activist
4. database includes 30,000 email addresses)
5. Direct mailings to our affiliates and individual members
6. On a one to one basis at PARA annual General Board meetings, PARA annual convention, PARA regional meetings (8 per year)
7. PARA presentations at affiliate retiree meetings at conventions

**Statewide Outreach, Education, & Mobilization Structure:**

Pennsylvania is an expansive state and has a large population of seniors in every area. Furthermore, besides the major population areas of Philadelphia, Harrisburg, and Pittsburgh, there are many small cities and towns throughout the commonwealth, which are primarily populated by seniors and retirees. PARA has divided the state down into 8 different geopolitical "zones", in which the outreach, education, and mobilization strategy would is fined tuned to fit the needs and challenges of each zone.

In 2004, PARA recruited 10 retiree zone coordinators across the states that were deemed legislative, political and organizing authorities in their respective zones. Zones that included a higher number of counties or which had high numbers of retirees residing within their borders were assigned 2 retiree zone coordinators. PARA Zone Coordinator work closely with us on a day to day basis to carry out all PARA programs and activities in their given zone, including the dissemination of information to affiliates and the general public.

PARA's programs include a Social Security Education Project, a Medicare Part D Education Project, and a project to track legislative and regulatory developments on issues affecting seniors, such as Long-Term Care, Nursing Home Reform, HMO Reform, expansion of state pharmaceutical assistance programs for the elderly, funding for the state Department of Aging, and Utility Rates and Regulation.

PARA's Medicare Part D Education project illustrates PARA's experience and capacity to carry out a consumer education campaign such as the one proposed in the Generics Are Powerful Medicine Project. PARA created a Medicare presentation consisting of an introduction to the Alliance for Retired Americans, a briefing about the new Medicare Law, a viewing of the Families USA Medicare Video hosted by Walter Cronkite, and distribution of a folder of ARA materials on Medicare.

In fall 2004, PARA retiree zone coordinators targeted every single senior center in their zone (a series of 5-10 counties in PA) to conduct a presentation to educate these audiences on the new Medicare Law, the Medicare prescription drug discount card and how it interacts with PACE (the state pharmacy assistance program for the elderly) and a timeline for implementation of the new law in 2005 - 2006. Coordinators also contacted and presented to retirement communities, nursing homes, civic organizations, and union and community based retiree organizations, along with our own PARA affiliates. From July – October 2004, PARA delivered 155 presentations to senior centers and retirement communities. Each presentation attracted an average of 45-60 attendees, for a total audience of 7,000 – 9,000 seniors.

PARA's programs, structure and experience would enable it to easily carry out a program of consumer education on generic drugs that would reach many thousands of consumers.

*In re Relafen Antitrust Litigation*
*Cy Pres Proposal of Brigham and Women's Hospital and Community Catalyst*

# APPENDIX D

Community Catalyst
Catalogue of Services and Publications

# tools and services

Community Catalyst, Inc.
30 Winter Street, 10th Floor
Boston, MA 02108
T: 617-338-6035
F: 617-451-5838
www.communitycatalyst.org

# [about us]

Community Catalyst is a national advocacy organization that builds consumer and community participation in the shaping of our health system to ensure quality, affordable health care for all.

Our work is aimed at strengthening the voice of consumers and communities wherever decisions shaping the future of our health system are being made. Community Catalyst strengthens the capacity of state and local consumer advocacy groups to participate in such discussions. The technical assistance we provide includes policy analysis, legal assistance, strategic planning, and community organizing support. Together we're building a network of organizations dedicated to creating a more just and responsive health system.

Our Programs:

**The Prescription Access Litigation Project** - A project that has created a nationwide coalition of senior citizen groups, consumer health advocacy groups, and labor that uses class action litigation and other strategies to press the pharmaceutical industry to make prescription drugs more affordable.

**RealBenefits** - A unique web-based information and toolset that enables non-government organizations to enroll families qualified for public benefits in those programs from community-based settings.

**The Community Benefit and Free Care Initiative** - A project that supports local consumer health advocates in pressing their communities' hospitals to be more accountable and to provide more access to free care and other services for the uninsured and medically underserved.

**"Walk In My Shoes: A Health Access Simulation"** - A unique interactive learning experience that can be used with a variety of audiences in a range of settings to increase understanding of the barriers that underserved individuals face in seeking medical care, as well as the health and social consequences of those barriers.

**The Community Health Assets Project** - A project that provides a range of support services to consumer groups, philanthropic leaders, legislators and regulators confronting conversions of hospitals and health plans from non-profit to for-profit status in their local health systems.

**The Community Philanthropy Initiative** - A project that focuses on increasing the responsiveness of foundations created as a result of the non-profit-to for-profit conversions to local communities and enabling underserved constituencies to participate in health system change.

**The Physician Diversity Project** - A project that supports and coordinates the work of local coalitions pressing government and academic medical institutions to address lack of diversity in the healthcare profession.

The Community Catalyst publications and related materials in this catalogue can be accessed from the "Publications and Tools" page of our web site: www.communitycatalyst.org. For subscription information or to request hard copies, contact Jennifer Cande at 617-275-2892 or cande@communitycatalyst.org.

Organizations seeking to distribute or otherwise make widespread use of this or other Community Catalyst publications are asked to notify Community Catalyst.

## Sign Up for our Free Newsletters...

COMMUNITY CATALYST NEWSLETTER
This bi-monthly email newsletter features progress of state based advocacy organizations, and provides updates on key policies, strategies, and advocacy tools. Contact Jennifer Cande at (617) 275-2892 or cande@communitycatalyst.org.

PAL NEWSLETTER
This quarterly publication reports on the Prescription Access Litigation Project, which is working to bring down pharmaceutical prices to give consumers more affordable access to prescription drugs. PAL's extensive class-action litigation campaign targets the illegal marketing behavior and patent manipulation that brand-name and generic drug companies use to artificially inflate the price of drugs. Contact Julie Bizzotto at (617) 2752931 or bizzotto@communitycatalyst.org.

# [services]

## RealBenefits

The RealBenefits™ initiative combines the use of innovative Internet technology with outreach and advocacy to improve the way low income households learn about and enroll in the government-sponsored assistance programs they need to be healthy, productive and secure.

Complex eligibility rules and a patchwork system of services make it difficult for the working poor to enroll in important assistance programs that provide extra income and health coverage. As a result, many low-income households are not accessing programs that are available to them.

The RealBenefits web-based application, intended for use by advocates and service-providers, performs very sophisticated and accurate eligibility screening for state and national benefit programs such as: Medicaid, SCHIP, and other health programs; Food Stamps; Fuel assistance programs; Earned Income Tax Credit; Child Care Assistance.

RealBenefits helps health and human services organizations make sure they are informing their clients about the assistance programs they may be eligible for by leading workers through a targeted screening and providing easy to understand results about client eligibility. For those household members found potentially eligible, RealBenefits can generate completed application forms in one step and, where states allow, submit applications electronically.

In addition, RealBenefits Provider™, a new tool designed for hospitals and health centers, makes it possible for high-volume health care organizations to rapidly screen patients for eligibility and enroll them in the right public health care program.

Contact: Enrique Balaguer 617.275.2804 or Balaguer@communitycatalyst.org.

## Organizational Development

Community Catalyst also provides customized technical assistance that helps prepare consumer health advocacy organizations to lead health care change in their communities, with a focus on coaching and assistance with planning, agenda-setting, community organizing, membership recruitment, staff training, and leadership development.

## Walk in My Shoes

Walk In My Shoes is a powerful group activity for 50-100 people that helps participants understand what it's really like to be an "outsider" in the U.S. health care system. Each participant is assigned a character role, either a person trying to obtain health care, or a health care administrator serving as a "gatekeeper." For the next hour the participants become their character, and they experiences all of the barriers and frustrations that some people face every day in dealing with the health care system. At the end of the hour, there is a facilitated discussion in which participants talk about what happened to their character, and how they felt about it. Often the conversation shifts to a discussion about what can be done to eliminate the obstacles so many people face.

Walk In My Shoes has been used by community organizations, foundations, providers, medical schools, and public officials for a variety of purposes. It is an effective tool for educating people about health access problems in their own communities, building empathy for those who regularly face barriers when seeking health care, and motivating people to support efforts aimed at eliminating those barriers.

Contact: Deborah Katz 617.275.2811 or Katz@communitycatalyst.org.

Participants in "Walk in My Shoes" in the U.S. Virgin Islands role play a "family" including an elderly grandfather, middle aged mom, and 20 year old daughter [who is pregnant] seeking to enroll in a public benefits program. As they are immigrants who do not speak English as their primary language, they have brought a young relative [represented by the photo] to interpret for them.

# [community organizing]

AN ADVOCATES GUIDE TO NEGOTIATING WITH PROVIDERS TO IMPROVE ACCESS TO HEALTHCARE © 2002
This guide was written to help advocates become more comfortable with the basic concepts of effective negotiation so that it can be a useful skill when striving to improve health care access. Advocates will find a great deal of information in these few pages about why negotiation is often necessary in health care advocacy, how to prepare for a negotiation with a health care provider, as well as key concepts and strategies to become a more effective negotiator.

STRENGTH IN NUMBERS: GUIDE TO BUILDING COMMUNITY COALITIONS © 2003
A handbook for advocates and organizations building coalitions on healthcare issues. Topics covered include the do's and don't of coalition organizing, tips on member recruitment, pointers on media work, and more.

GUIDE TO ORGANIZING COMMUNITY FORUMS © 2002
A practical guide for advocates who are planning community forums, this publication presents readers with helpful information ranging from sensible advice on inviting and securing speakers to suggestions for low-cost/free meeting space.

THE NEED FOR ACTION: AN OPPORTUNITY FOR HEALTH CARE CHANGE © 2000
This Community Benefits training manual is designed to aid both the novice and more experienced community-based health care organizer. It explains the community benefit concept and discusses different organizing techniques and strategies using interactive group exercises and examples.

## Hospital Closures

HOLDING ON: FIGHTING TO PRESERVE ESSENTIAL SERVICES AT A COMMUNITY HOSPITAL © 2003
A manual for advocates by Health Law Advocates and Community Catalyst based on the closure of Waltham Hospital in Waltham, Massachusetts.

SELLING OUT: HOW TO PROTECT CHARITABLE HEALTH CARE DOLLARS AND SERVICES © 1998
This training manual on health conversions, produced with the West Coast Regional Office of Consumers Union, is a guide for community groups and other representatives of the public interest dealing with nonprofit to for-profit transactions and other kinds of hospital and health plan restructuring.

## Community Health Leaders Curriculum

New in 2005, THE COMMUNITY HEALTH LEADERS (CHL) is a grassroots leadership development curriculum that demystifies the health and health care system and promotes leadership skills among community members. The goals of the CHL are to:

**Increase participants' ability to understand their own communities' strengths and needs**, as well as trends that affect health status in their neighborhoods.

**Enhance participants' ability and skill to develop strategies or proposals** in order to address needs they identify and increase access to quality, affordable health care and preventive services.

**Bring together diverse members of the community.**

An important part of the CHL curriculum is its community-based research component. In this component, participants engage in a real life research project in their own community. We believe that people learn best by doing, and this component allows people to continue to develop their skills, as well as gain a better understanding of the issues they have been discussing.

# [caring for the uninsured]

## Medicaid

THE POLICY AND POLITICAL CONTEXT OF SAVING MEDICAID © 2003
Written by Michael Miller, Community Catalyst's Director of Health Issues, appearing in Vol.26, No. 4. of the Journal of Ambulatory Care Management, this article analyzes the relationship between Medicaid and state budgets. It gives advocates the arguments they need to challenge the conventional wisdom, which currently argues that states can't raise taxes in this time of economic weakness.

THE MEDICAID SQUEEZE © 2002
This paper briefly summarizes the factors in the current political, economic, and health care environments--including renewed health care inflation, declining state revenues, and changes in federal oversight--that threaten coverage and benefits under the Medicaid program.

MAKING THE CASE AGAINST MEDICAID CUTS © 2002
This Power Point presentation, delivered at the Alliance for a Healthy New England meeting in December 2002, outlines the case against Medicaid cuts and offers some alternatives. Medicaid funding for health access advocates.

OREGON HEALTH PLAN © 2003
This January 2003 paper describes the Oregon 1115 waiver and highlights a number of developments in the plan that could undermine access to care for low-income beneficiaries.

THE UTAH PRIMARY CARE NETWORK © 2002
This report describes the Utah 1115 Medicaid Waiver that finances a Medicaid expansion by cutting benefits to current enrollees and discusses the policy and political issues this raises.

MASSHEALTH: WHAT IT IS, WHY IT WORKS © 2002
Produced by Health Care For All of Massachusetts with assistance from Community Catalyst, this paper describes the Massachusetts Medicaid program and the factors driving spending increases. It also makes recommendations for reducing Medicaid spending without harming beneficiaries.

RITECARE: RIGHT FOR RHODE ISLAND © 2002
This report highlights the benefits of RIteCare (the Rhode Island Medicaid managed care program for children and parents) for the entire state, explains the costs that budget cuts would inflict on the health care system and the economy of Rhode Island, and offers alternatives to reducing eligibility, reducing benefits, and/or increasing cost sharing.

## Free Medicaid Action Alerts

Recieve Action Alerts from our policy staff regarding Medicaid defence. Includes template letters to policymakers, policy analysis, and other useful tools. Contact Czarina Biton (617) 275-2909 or biton@communitycatalyst.org.

## Community Benefits

CORPORATE RESPONSIBILITY ACT: A COMMUNITY BENEFITS MODEL ACT AND COMMENTARY © 1999
A comprehensive piece of model legislation governing the provision of community benefits by health care institutions, including a commentary section explaining the many components of this model act.

COMPENDIUM OF STATE COMMUNITY BENEFIT LAWS © 1999
This chart analyzes and summarizes existing state community benefit laws, regulations, and guidelines.

FACT SHEET: DEFENDING COMMUNITY BENEFITS IN A CHANGING HEALTH CARE WORLD © 2001
This fact sheet was produced by Community Catalyst and Health Care For All for The Access Project as a general informational sheet on Community Benefits.

THE COLOR OF MEDICINE: STRATEGIES FOR INCREASING DIVERSITY IN THE U.S. PHYSICIAN WORKFORCE © 2002
This report examines the medical education process in the U.S. and the barriers facing minorities trying to enter and complete the medical education process. It also outlines strategies and recommendations to make medical schools and teaching hospitals more responsive to addressing the need for a more diverse physician workforce, with a particular focus on the health status disparities racial and ethnic minorities still experience in the U.S.



## Charity Care

PATIENT FINANCIAL ASSISTANCE ACT AND GUIDE © 2004
This comprehensive piece of model legislation addresses hospital financial assistance for uninsured and under-insured individuals and families. It includes eligibility standards, billing and collection standards, and transparency requirements. The accompanying guide provides and in-depth expalnations of various components of model legislation.

FINANCIAL ASSISTANCE PRINCIPLES © 2004
The Financial Assistance Principles for Hospitals are based on Community Catalyst's model patient financial assistance legislation.

NOT THERE WHEN YOU NEED IT THE SEARCH FOR FREE HOSPITAL CARE © 2003
This national report presents the results of Community Catalyst's National Free Care Monitoring Project. Based on hospital free care monitoring projects in 9 communities around the country, the report examines the legal and regulatory basis for requiring hospitals to provide free care, and explains how many hospitals get around this most important community benefit obligation. The report includes recommendations for hospital free care standards and explains why a systemwide response to the need for free care will remain imperative so long as the U.S. fails to provide universal coverage.

FREE CARE: A COMPENDIUM OF STATE LAWS © 2003
Community Catalyst has compiled this overview of Free Care Laws to assist advocates in understanding the array of approaches taken on the state level.

THE FREE CARE SAFETY NET © 1998
This report analyzes and explains the current free care system and offers suggestions for the future.

NEW YORK FREE CARE FACT SHEET © 2000
A fact sheet explaining community benefits and free care requirements in New York state, including a discussion of the New York free care pool and hospital obligations under the Hill-Burton law.

OHIO FREE CARE FACT SHEET © 2000
A fact sheet explaining the free care requirements of hospitals in Ohio, with a focus on notice requirements.

## Tobacco Taxes and Medicaid

USING TOBACCO TAXES TO SUPPORT MEDICAID: A WIN-WIN SCENARIO
This November 2003 paper describes why raising tobacco taxes and using money to support Medicaid is a win-win scenario.

AN OUNCE OF PREVENTION: TOBACCO CONTROL CAN SAVE MONEY
This November 2003 paper describes the crucial role of prevention programs in protecting and expanding health access without hurting consumers, as spiraling health care inflation continues to threaten the security of public and private health care insurance.

COVERAGE MATTERS: WHY THE DECLINE IN MEDICAID AND PRIVATE INSURANCE IS PUTTING PEOPLE WITH TOBACCO-RELATED ILLNESS AT RISK © 2003
This November 2003 paper gives a brief overview of the Medicaid program and its significance as a source of coverage for people with cardiovascular disease, cancer, tobacco-related illnesses in geneal. It goes on to explain why this coverage is at risk and the serious consequences to people with the aforementioned illnesses of the potential loss of coverage.

ELIMINATING RACIAL AND ETHNIC DISPARITIES IN HEALTH: AN URGENT PRIORITY FOR HEALTH ACCESS AND DISEASE PREVENTION COMMUNITIES © 2003
This December 2003 paper describes the racial and ethnic health disparities that exist for tobacco related illnesses, some of the underlying causes, and continued need for prevention, early detection, and ongoing treatment.

## Oral Health

ADDRESSING ORAL HEALTH NEEDS © 2002
In collaboration with Health Care For All, Community Catalyst has produced this report which profiles innovative projects and policy initiatives that have been developed to serve populations in need of affordable dental care. These include programs like the Chopper Topper Dental Sealant Program in Colorado and the Access to Baby and Child Dentistry Program (ABCD) in Washington State.

# [conversion foundations]

BUILDING *AND MAINTAINING* STRONG FOUNDATIONS: CREATING COMMUNITY RESPONSIVE PHILANTHROPY IN NONPROFIT CONVERSIONS
Revised and Reissued © 2004
As part of their Community Health Assets Project (CHAP), Community Catalyst and the West Coast Regional Office of Consumers Union have published a resource book about the creation of health foundations that results from the conversion of nonprofit hospitals and health plans. These tools for public involvement in philanthropy formation include model articles of incorporation for health care philanthropies, best practice fact sheets, case studies, and additional informative papers. Longer versions of documents included in the Building Strong Foundation publication are also available. (see right)

WISCONSIN BLUE CROSS CONVERSION: $250 MILLION FOR MEDICAL SCHOOLS © 2001
This article on the conversion of Blue Cross Blue Shield United of Wisconsin was written by Community Catalyst and Consumer Union for the Community Health Assets Project and is reprinted courtesy of the National Committee for Responsive Philanthropy.

## Other Tools for Philanthropy Formation

- ☐ Model Articles of Incorporation
- ☐ Model By Laws for 501(c)(3) Foundations

**Discussion Papers**
- ☐ Defining Mission and Structure
- ☐ Ensuring Community Participation
- ☐ Standards for Governing Boards
- ☐ Federal Tax Designation for Foundations Created from Conversions
- ☐ Community Advisory Committees
- ☐ Questions to Ask About Conversion Foundations

**Best Practices**
- ☐ California HealthCare Foundation
- ☐ Caring for Colorado Foundation
- ☐ The California Endowment
- ☐ Kansas Health Foundation
- ☐ Mary Black Foundation
- ☐ Williamsburg Community Health Foundation

**Case Studies**
- ☐ Associated Grantmakers of Massachusetts
- ☐ North Carolina Coalition for the Public Trust
- ☐ NonProfit Health Care Organization Conversions: Participating by Philanthropic Leaders



# [health plans and hospitals]

COMPENDIUM OF STATE CONVERSION LAWS © 2003
This chart analyzes and summarizes existing conversion laws, regulations, and guidelines.

MODEL CONVERSION LEGISLATION © 2003
Written with the West Coast Regional Office of Consumers Union, this model legislation provides a framework for regulating the conversion of nonprofit health institutions.

LOOKING AT THE FULL PICTURE: ANALYZING THE COMMUNITY HEALTH IMPACT OF HOSPITAL AND INSURER TRANSACTIONS © 2003
Guidelines for doing comprehensive health impact studies for both a nonprofit hospitals and a nonprofit BCBS plans.

ANALYZING THE CAREFIRST DECISION © 2003
The Maryland Insurance Commissioner rejected the proposed for-profit conversion of CareFirst, the state's Blue Cross plan, in the spring of 2003, following a regulatory oversight process that set new standards for public inclusion, analysis of health impacts, and thorough review. Community Catalyst's analysis explains why Commissioner Steven Larsen's decision is an important public interest precedent for future regulatory action on such transactions.

MODEL CERTIFICATE OF NEED CHART
© 1999
Certificate of Need, a permit which some states require hospitals to obtain prior to undertaking a major expenditure, is a unique tool for consumers to use if they seek to become involved in the health system decision-making process. This chart compares and contrasts the Certificate of Need laws in the 35 states that retain this requirement for hospitals.

PROTECTING HEALTH, PRESERVING ASSETS
© 1997
Written by Community Catalyst staff, and published by Clearinghouse Review, this article provides lawyers and community advocates with the information necessary to draft and judge conversion legislation in their states. It analyzes hospital and insurer conversion laws to determine how effectively they protect health care access and quality, as well as charitable assets. The initial research was published in Clearinghouse Review in March 1998, but continues to be updated in Community Catalyst's conversion "compendium."



Community Catalyst worked with this group from West Virginia's Logan County Family Resource Network (FRN) to ensure that the pubic has an opportunity to participate in whether the medically underserved in Logan County will continue to receive health care at Logan General Hospital.

THE HARVARD PILGRIM HEALTH CARE RECEIVERSHIP: A CASE STUDY IN CONSUMER ACTIVISM
© 2002
Written by staff from Community Catalyst, Health Care For All of Massachusetts and its law firm, Health Law Advocates, this Clearinghouse Review article chronicles how consumer groups intervened in complex legal proceedings as one of the state's major health plans faced insolvency - and how consumers influenced the process for the public benefit.

