**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE RELAFEN ANTITRUST LITIGATION | Master File No. 01-CV-12239-WGY |
| THIS DOCUMENT RELATES TO END-PAYOR ACTIONS: |  |
| *Lynch v. SmithKline Beecham Corp.* | No. 02-CV-10163-WGY |
| *A.F. of L. - AGC Building Trades Welfare Plan v. SmithKline Beecham Corp.* | No. 02-CV-10205-WGY |
| *Twin Cities Bakery Workers Health and Welfare Fund v. SmithKline Beecham Corp.* | No. 02-CV-985 (E.D. Pa.) |
| *Houchins v. SmithKline Beecham Corp.* | No. 02-CV-10424-WGY |
| *Teamsters Local No. 35 Health Plans v. SmithKline Beecham Corp.* | No. 02-CV-10487-WGY |
| *Smithfield Foods, Inc. v. SmithKline Beecham Corp.* | No. 02-CV-10589-WGY |
| *Franklin v. SmithKline Beecham Corp.* | No. 02-CV-10671-WGY |
| *Fox v. SmithKline Beecham Corp.* | No. 02-CV-11543-WGY |
| *Kravitz v. SmithKline Beecham Corp.* | No. 02-CV-11806-WGY |

**~~PROPOSED~~ ORDER APPROVING THE RELEASE OF ESCROW FUNDS TO EFFECTUATE SETTLEMENT WITH THE STPP OPT-OUT GROUP**

Upon consideration of the Joint Motion for Release of Escrow Funds it is hereby ordered that U.S. Bank National Association, a national banking association, the Escrow Agent for the Relafen Antitrust Litigation, transfer from the TPP Settlement Pool, by wire to Dechert LLP, as counsel for SmithKlineBeecham Corp d/b/a GlaxoSmithKline,

99285-1

the sum of $10,457,368.90 within seven (7) days of the date hereof.


DATED: *March 22, 2006*

*William A. Young*
Hon. William G. Young
Chief Judge
District


99285-1